AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**CHARLES E. PAYNE,**

      **Plaintiff,**

                                **JUDGMENT IN A CIVIL CASE**

**vs.**

                                **CASE NO.  C2-11-831**

**GARY MOHR, et al.,**             **JUDGE EDMUND A. SARGUS, JR.**
                                       **MAGISTRATE JUDGE E. A. PRESTON DEAVERS**

      **Defendants.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the Order filed 11/04/2011, JUDGMENT is hereby entered DISMISSING this case for failure to state a claim.**

Date: November 4, 2011                            JAMES BONINI, CLERK

                                                    */S/ Andy F. Quisumbing*
                                                    (By) Andy F. Quisumbing
                                                    Courtroom Deputy Clerk