AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CHARLES E. PAYNE,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

vs.

**CASE NO. C2-11-831**
**GARY MOHR, et al.,**      **JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE E. A. PRESTON DEAVERS**

    **Defendants.**

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed 11/04/2011, JUDGMENT is hereby entered DISMISSING this case for failure to state a claim.**

Date: November 4, 2011          JAMES BONINI, CLERK

                                                       */S/ Andy F. Quisumbing*
                                                       (By) Andy F. Quisumbing
                                                       Courtroom Deputy Clerk